1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL - STATE BAR #50246
   220 Montgomery Street, Suite 303
3  San Francisco, California 94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7            UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10 NORTHWEST ADMINISTRATORS, INC.        )    No. C 06 7542 JL
                                         )
11                       Plaintiff,      )
                                         )    **JUDGMENT PURSUANT TO**
12                                       )    **STIPULATION**
       vs.                               )
13                                       )
   FARMERS COLD STORAGE & FREEZER INC.,  )
14 etc.,                                 )
                                         )
15                       Defendant.      )
   _____)

16

17         IT appearing that Plaintiffs NORTHWEST ADMINISTRATORS,

18 INC., the administrators of the Western Conference of Teamster Pension

19 Trust Fund, through their attorneys and defendant, FARMERS COLD

20 STORAGE & FREEZER INC., a California corporation, also known as

21 FARMERS COLD STORAGE, have stipulated that Plaintiffs have and recover

22 judgment from Defendants and it appearing that the Stipulation is in

23 all respects proper and that the stipulation provides for judgment

24 against defendant in the amount of $10,785.99,

25         IT  IS  HEREBY  ORDERED  AND  ADJUDGED  that Plaintiffs,

26 NORTHWEST ADMINISTRATORS, INC., the  administrators of the  Western

27 Conference of Teamsters  Pension  Trust Fund, have and recover

28 judgment against FARMERS COLD STORAGE & FREEZER INC.,  a California

                **JUDGMENT PURSUANT TO STIPULATION**                 1

1  corporation, also known as FARMERS COLD STORAGE, in the amount of

2  $10,785.99, which amount is composed of the following:

3          1.    Contributions due and unpaid to the Western

4  Conference of Teamsters Pension Trust Fund for the months of July

5  2006(NSF check), October 2006 and November 2006 on Pension Account

6  Number 302015 in amount of $8,404.44;

7          2.   Liquidated damages for the months of July 2006, October

8  and November 2006 in the amount of $1,681.69;

9          3.    Interest due pursuant to contract in the amount of

10  $199.86; and

11          4.   Costs of suit incurred in this matter in the amount of

12  $500.00.

13          IT IS FURTHER ORDERED AND ADJUDGED that an abstract of

14  judgment will be recorded but execution will not issue on the judgment

15  so long as defendant fully complies with the following conditions:

16          1.   Defendant shall make payments of all amounts to become

17  due to the Western Conference of Teamsters Pension Trust Fund pursuant

18  to contract between defendant and local union(s) for hours worked by

19  defendant's employees, commencing with the payment for January 2007

20  hours due on or before February 10, 2007 and continuing until the full

21  amount of the judgment is paid.

22          2.    Defendant shall pay the amount of this Judgment as

23  follows:

24  <u>Due Date of Payment</u>                <u>Amount of Payment</u>

25  February 15, 2007                    $2,696.50

26  March 15, 2007                       $2,696.50

27  April 15, 2007                       $2,696.50

28  May 15, 2007                         $2,696.50

JUDGMENT PURSUANT TO STIPULATION                    2

1   Each of said payments will be made by check payable to the Western

2   Conference of Teamsters Pension Trust Fund and should be sent to

3   ERSKINE & TULLEY, 220 Montgomery Street, Suite 303, San Francisco, CA

4   94104, attention Michael J. Carroll.

5           3.   Plaintiff and Defendant each understand and agree that

6   any modification of payments must be made in writing and agreed to by

7   both the Plaintiff and the Defendant.

8           IT IS FURTHER ORDERED AND ADJUDGED that upon failure of

9   defendant to make any of their monthly contribution payments pursuant

10   to the collective bargaining agreement as set forth in paragraph 1

11   above, or upon the failure of defendant to make the installment

12   payments as set forth in paragraph 2 above, the entire amount of this

13   judgment, reduced by any offset for payments made, shall become due

14   and payable immediately and execution may commence on the judgment

15   after seven days written notice to defendant. If defendant cures the

16   default during the seven day period, the debt shall not be accelerated

17   and the judgment will not be immediately enforced.

18   Dated: _____March 9, 2007_____

19

20   _____

      Magistrate _____ Larson

21

22   IT IS SO ORDERED

      Judge James Larson

23

24

25

26

27

28

JUDGMENT PURSUANT TO STIPULATION       3